UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 15-22303-CIV-SCOLA/Otazo-Reyes

TERRI HIRSCHBERG,

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendant.
_____/

## NOTICE OF FILING
## PROPOSED *AMENDED* ORDER SCHEDULING MEDIATION

    COMES NOW the Plaintiff, TERRI HIRSCHBERG by and through undersigned counsel, who files the attached proposed Order Scheduling Mediation.

    Respectfully submitted,

    LIPCON, MARGULIES,
    ALSINA & WINKLEMAN, P.A.
    *Attorneys for Plaintiff*
    One Biscayne Tower, Suite 1776
    2 S. Biscayne Boulevard
    Miami, Florida 33131
    Telephone: (305) 373-3016
    Facsimile: (305) 373-6204

By: */s/ Jason R. Margulies*
    **JASON R. MARGULIES**
    Florida Bar No. 57916
    E-mail: jmargulies@lipcon.com
    **JACQUELINE GARCELL**
    Florida Bar No. 104358
    E-mail: jgarcell@lipcon.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Jason R. Margulies*
**JASON R. MARGULIES**

## SERVICE LIST
*Hirschberg v. Royal Caribbean Cruises, Ltd.*
**CASE NO. 15-22303-CIV-SCOLA/Otazo-Reyes**

**LEAH H. MARTINEZ**
leahmartinez@rccl.com
**NICHOLAS A. APPLIN**
napplin@rccl.com
Royal Caribbean Cruises Ltd.
1050 Caribbean Way
Miami, Florida 33132
Tel. (305) 539-6910
Fax (305) 539-8101
*Attorneys for Defendant*